UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAN SPICER, Plaintiff, -against- RENEA SUTTON, Defendant. | **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO CIVIL COMPLAINT** **CASE NUMBER: 1:26-cv-08902-LJL** |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO CIVIL COMPLAINT**

Defendant, being self-represented, pursuant to Rule 6(b)(1) FRCP, do hereby request an enlargement of time, until December 10, 2026, to answer or otherwise respond to the civil complaint filed in this matter.

1. Plaintiff commenced this action by filing a 14-page Complaint with 200 pages of unpaginated attachments on October 8, 2026.
2. Plaintiff served defendant with Complaint on October 14, 2026, with an answer being due on November 4, 2026.
3. Good cause exists for the requested enlargement of time, to wit:
   a. Defendant requires additional time investigate the factual assertions contained in the Complaint and the 200 pages attached to the Complaint;
   b. The requested extension is made in good faith, is not made to delay the proceedings, and will permit defendant to prepare a meaningful and legally sufficient response to the Complaint;
   c. The requested extension will not materially prejudice plaintiff;

d. Defendant makes the request prior to the expiration of the original deadline of November 4, 2026. No other requests for an extension of time have been made by defendant;

e. In the related case *Sutton vs. LSSC, LLC, et al,* docket number 1:25-cv-07797-LJL, a Clerk's Judgment was entered on October 28, 2026 (doc. item #57), giving defendant in this action and plaintiff in the related action, a 30-day time period to consider an appeal.

4. Defendant did confer with plaintiff and plaintiff did indicate he opposed defendant's request for an extension of time.

***WHEREFORE***, defendant respectfully requests that this Court:

5. Grant defendant's request to an enlargement of time until December 10, 2026 to answer of otherwise respond to plaintiff's complaint.

6. Grant such other and further relief as the Court deems just and proper.

Respectfully,

Renea Sutton

Ms. Renea Sutton, Defendant
Self-Represented
244 5th Avenue, Suite R237
New York, NY 10001
Phone: (917) 375-6084
Email: rsuttonnyc@yahoo.com

Dated: New York, NY
October 29, 2026

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SEAN SPICER,<br>Plaintiff,<br><br>-against-<br><br>RENEA SUTTON,<br>Defendant. | **Certificate of Service**<br><br>**CASE NUMBER: 1:26-cv-08902-LJL** |

Certificate of Service

I certify that on October 29, 2026, I served a copy of the foregoing DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO CIVIL COMPLAINT upon plaintiff and by CM/ECF.

Renea Sutton

Ms. Renea Sutton, Defendant
Self-Represented
244 5th Avenue, Suite R237
New York, NY 10001
Phone: (917) 375-6084